# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clevon Townsend, | No. CV-13-00298-TUC-DCB |
| Petitioner, | **ORDER** |
| v. | |
| Susan McClintock, | |
| Respondent. | |

On May 6, 2016, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation (R&R) to dismiss this case for lack of prosecution. Petitioner has the duty to prosecute the case. Petitioner has been released from prison and has failed to file notice of a change of address. Orders issued by the Court have been returned as undeliverable, including the R&R. Rule 41(b) of the Federal Rules of Civil Procedure provide for the dismissal of an action when there is a failure to prosecute or to comply with the rules or a court order.

**Accordingly,**

**IT IS ORDERED** that the R&R (Doc. 19) is adopted as the findings of fact and conclusions of law of this Court, and the Petition (Doc. 1) is dismissed without prejudice.

Dated this 6th day of June, 2016.

David C. Bury
United States District Judge